UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEREK MORTLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:17-cv-922-LSA-MPB |
| ) | |
| CLAYPOOL COURT, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, by counsel, hereby stipulate that this Court should dismiss this suit, as to all claims against all parties, without prejudice, with each party bearing their own attorneys' fees and costs.

Dated this 27th day of February, 2018.

Respectfully submitted,                                   Respectfully submitted,


/s/ Patrick F.X. Fitzpatrick, Jr.                         /s/ Owen B Dunn Jr.
Patrick F.X. Fitzpatrick, Jr., #32303-49                  Owen B. Dunn, Jr., OH Bar no. 0074743
BENESCH FRIEDLANDER COPLAN &                              LAW OFFICES OF OWEN B. DUNN
  ARONOFF, LLP                                            The Ottawa Hills Shopping Center
One American Square, Suite 2300                           4334 W. Central Ave., Suite 222
Indianapolis, IN 46282                                    Toledo, OH 43615
Telephone: (317) 632-3232                                 (419) 241-9661 - Phone
Facsimile: (317) 632-2962                                 (419) 241-9737 - Facsimile
pfitzpatrick@beneschlaw.com                               dunnlawoffice@sbcglobal.net